JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZETTA JET USA, INC., et al., | Case No. CV 20-2724 FMO |
| | (BK Case No. 02:17-bk-21387 SK) |
| ECN AVIATION, INC., et al., | **JUDGMENT** |
| Appellants, | |
| v. | |
| JONATHAN D. KING, | |
| Appellee. | |

IT IS ADJUDGED THAT the above-captioned appeal is dismissed without prejudice. Dated this 29th day of May, 2020.

/s/
Fernando M. Olguin
United States District Judge